IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
MAR 18 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

JAMON VASHAWN HARRIS,

    Plaintiff,

v.                    Civil Action No. 3:14cv90

CAROLYN W. COLVIN,
Commissioner of Social
Security,

    Defendant.

**ORDER**

This matter is before the Court on the REPORT AND RECOMMENDATION of the Magistrate Judge entered on February 23, 2015 (Docket No. 14). Having reviewed the REPORT AND RECOMMENDATION, OBJECTIONS TO MAGISTRTE REPORT AND RECOMMENDATION (Docket No. 15) filed by the plaintiff, and the time for filing a response to the objections having expired and no timely response having been filed by the defendant, and having considered the record and the REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that:

(1) The plaintiff's OBJECTIONS TO MAGISTRATE REPORT AND RECOMMENDATION (Docket No. 15) are overruled;

(2) The REPORT AND RECOMMENDATION (Docket No. 14) of the Magistrate Judge is ADOPTED on the basis of the reasoning of the REPORT AND RECOMMENDATION;

(3) The plaintiff's Motion for Summary Judgment (Docket No. 11) is denied;

(4) DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Docket No. 13) is granted;

(5) The decision of the Commissioner is affirmed; and

(6) The Clerk shall close this action.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: March 17, 2015